


AUG 2 9 2013

Clerk, U.S District Court
District Of Montana
Great Falls

TIMOTHY J. RACICOT
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone: (406) 542-8851
Fax: (406) 542-1476
Email: Tim.Racicot2@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LEE OLIVER,<br><br>Defendant. | CR 13- 34 -M- DWM<br><br>**INDICTMENT**<br><br>WIRE FRAUD<br>(Counts 1-96)<br>Title 18 U.S.C. § 1343<br>(Penalty: 20 years imprisonment, $250,000 fine, three years supervised release, $100 special assessment) |
|---|---|

| | |
|---|---|
| | **MONEY LAUNDERING**<br>**(Counts 97-103)**<br>**Title 18 U.S.C. § 1957**<br>**(Penalty: Ten years imprisonment, $250,000 fine, three years supervised release, $100 special assessment)**<br><br>**AGGRAVATED IDENTITY THEFT**<br>**(Count 104)**<br>**Title 18 U.S.C. § 1028A(a)(1)**<br>**(Penalty: Two years imprisonment in addition to punishment for underlying felony, $250,000 fine, one year supervised release, $100 special assessment)**<br><br>**STRUCTURING – CAUSE OR ATTEMPT TO CAUSE A FINANCIAL INSTITUTION TO FAIL TO FILE A CURRENCY REPORT**<br>**(Counts 105-121)**<br>**Title 31 U.S.C. § 5324(a)(1)**<br>**(Penalty: Five years imprisonment, $250,000 fine, three years supervised release, $100 special assessment)**<br><br>**FORFEITURE**<br>**Title 18 U.S.C. § 981(a)(1)(C)**<br>**Title 28 U.S.C. § 2461(c)**<br>**Title 18 U.S.C. § 982(a)(1)**<br>**Title 31 U.S.C. § 5317** |

THE GRAND JURY CHARGES:

COUNTS 1-96

THE SCHEME TO DEFRAUD

Beginning in approximately October 2010, and continuing until approximately December 2011, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, executed a material scheme and artifice to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, in that he solicited money from various customers to build steel buildings and used the money for his personal benefit, and in doing so caused wire communications to be transmitted in interstate commerce.

WIRE FRAUD

On or about the dates in the table below, at Missoula, in the State and District of Montana, and other places, the defendant, JONATHAN LEE OLIVER, for the purpose of executing the aforementioned material scheme and artifice to defraud, and for obtaining money by means of material false and fraudulent pretenses and representations, did knowingly cause to be transmitted in interstate commerce wire communications between financial institutions in Montana, including Wells Fargo Bank, and a federal reserve bank outside Montana, which

represented wire transfers into Oliver's bank accounts, as well as the deposit of customers' checks into Oliver's bank accounts, in the amounts listed in the table below, in violation of 18 U.S.C. § 1343.

| Count | Date | Transaction | Amount |
|---|---|---|---|
| 1 | 8/26/2011 | Wire transfer from D.A. (full name withheld to protect privacy) to Oliver's Wells Fargo Bank account ending in 2356 | $69,498.00 |
| 2 | 9/19/2011 | Deposit of check from D.A. into Oliver's Wells Fargo Bank account ending in 2364 | $40,000.00 |
| 3 | 11/22/2011 | Wire transfer from D.A. to Oliver's account 2356 | $23,350.00 |
| 4 | 3/30/2011 | Wire transfer from T.B. to Oliver's account 2356 | $45,088.00 |
| 5 | 4/27/2011 | Wire transfer from T.B. to Oliver's account 2356 | $50,000.00 |
| 6 | 6/1/2011 | Wire transfer from T.B. to Oliver's account 2356 | $30,000.00 |
| 7 | 10/7/2011 | Wire transfer from T.B. to Oliver's account 2356 | $7,500.00 |
| 8 | 7/8/2011 | Wire transfer from A.B. to Oliver's account 2356 | $263,248.00 |
| 9 | 7/14/2011 | Wire transfer from A.B. to Oliver's account 2356 | $193,500.00 |
| 10 | 7/27/2011 | Wire transfer from A.B. to Oliver's account 2356 | $98,500.00 |
| 11 | 10/7/2011 | Wire transfer from A.B. to Oliver's account 2356 | $97,525.00 |
| 12 | 10/7/2011 | Wire transfer from A.B. to Oliver's account 2356 | $91,900.00 |
| 13 | 10/7/2011 | Wire transfer from A.B. to Oliver's account 2356 | $90.00 |

| | | | |
|---|---|---|---|
| 14 | 8/30/2011 | Deposit of checks from S.T. into Oliver's account 2356 | $169,664.00 |
| 15 | 9/7/2011 | Wire transfer from J.B. to Oliver's account 2356 | $75,000.00 |
| 16 | 9/7/2011 | Wire transfer from S.T. to Oliver's account 2356 | $75,000.00 |
| 17 | 10/28/2011 | Wire transfer from S.T. to Oliver's account 2356 | $150,000.00 |
| 18 | 11/7/2011 | Wire transfer from S.T. to Oliver's account 2356 | $25,540.00 |
| 19 | 10/3/2011 | Deposit of check from D.C. into Oliver's account 2356 | $85,235.00 |
| 20 | 10/14/2011 | Deposit of check from D.C. into Oliver's account 2356 | $82,235.00 |
| 21 | 11/9/2011 | Deposit of check from D.C. into Oliver's account 2356 | $80,000.00 |
| 22 | 8/31/2011 | Wire transfer from J.M. to Oliver's account 2356 | $126,577.00 |
| 23 | 9/20/2011 | Wire transfer from J.M. to Oliver's account 2356 | $100,000.00 |
| 24 | 11/1/2011 | Wire transfer from J.M. to Oliver's account 2356 | $100,000.00 |
| 25 | 3/22/2011 | Wire transfer from P.D. to Oliver's account 2356 | $79,936.50 |
| 26 | 4/12/2011 | Wire transfer from P.D. to Oliver's account 2356 | $80,000.00 |
| 27 | 6/3/2011 | Wire transfer from P.D. to Oliver's account 2356 | $70,000.00 |
| 28 | 8/16/2011 | Wire transfer from P.D. to Oliver's account 2356 | $20,000.00 |
| 29 | 12/5/2011 | Wire transfer from P.D. to Oliver's account 2356 | $12,500.00 |
| 30 | 10/11/2011 | Wire transfer from J.E. to Oliver's account 2356 | $50,502.00 |
| 31 | 11/9/2011 | Wire transfer from J.E. to Oliver's account 2356 | $40,000.00 |

| | | | |
|---|---|---|---|
| 32 | 5/13/2011 | Deposit of check from M.F. into Oliver's account 2356 | $287,522.00 |
| 33 | 5/19/2011 | Wire transfer from M.F. to Oliver's account 2356 | $250,000.00 |
| 34 | 6/21/2011 | Wire transfer from M.F. to Oliver's account 2356 | $100,000.00 |
| 35 | 6/28/2011 | Wire transfer from M.F. to Oliver's account 2356 | $120,000.00 |
| 36 | 7/19/2011 | Wire transfer from M.F. to Oliver's account 2356 | $22,426.00 |
| 37 | 8/4/2011 | Wire transfer from M.F. to Oliver's account 2356 | $122,475.00 |
| 38 | 8/24/2011 | Wire transfer from M.F. to Oliver's account 2356 | $90,254.00 |
| 39 | 4/27/2011 | Wire transfer from J.G. to Oliver's account 2356 | $121,000.00 |
| 40 | 5/27/2011 | Wire transfer from J.G. to Oliver's account 2356 | $100,000.00 |
| 41 | 6/27/2011 | Wire transfer from J.G. to Oliver's account 2356 | $100,000.00 |
| 42 | 7/22/2011 | Wire transfer from J.G. to Oliver's account 2356 | $65,076.00 |
| 43 | 9/22/2011 | Wire transfer from J.G. to Oliver's account 2356 | $100,000.00 |
| 44 | 10/7/2011 | Wire transfer from J.G. to Oliver's account 2356 | $31,128.00 |
| 45 | 2/16/2011 | Funds transfer from T.H. to Oliver's Wachovia Bank account ending in 9323 | $138,853.00 |
| 46 | 3/7/2011 | Wire transfer from T.H. to Oliver's Wells Fargo Bank account ending in 0804 | $32,335.00 |
| 47 | 10/14/2011 | Deposit of check from G.H. into Oliver's Wells Fargo Bank account 1240 | $22,000.00 |

| | | | |
|---|---|---|---|
| 48 | 11/25/2011 | Deposit of check from G.H. into Oliver's Wells Fargo Bank account 1257 | $23,000.00 |
| 49 | 9/9/2011 | Wire transfer from K.H. to Oliver's account 2356 | $96,000.00 |
| 50 | 9/27/2011 | Wire transfer from K.H. to Oliver's account 2356 | $100,000.00 |
| 51 | 10/21/2011 | Wire transfer from K.H. to Oliver's account 2356 | $42,470.00 |
| 52 | 8/18/2011 | Wire transfer from B.H. to Oliver's account 2356 | $86,361.00 |
| 53 | 8/26/2011 | Wire transfer from B.H. to Oliver's account 2356 | $112,149.00 |
| 54 | 10/27/2011 | Wire transfer from B.H. to Oliver's account 2356 | $112,149.00 |
| 55 | 11/28/2011 | Wire transfer from B.H. to Oliver's account 2356 | $50,000.00 |
| 56 | 8/15/2011 | Wire transfer from Jona, Inc. to Oliver's account 2356 | $104,663.00 |
| 57 | 8/24/2011 | Wire transfer from Jona, Inc. to Oliver's account 2356 | $81,000.00 |
| 58 | 9/15/2011 | Wire transfer from Jona, Inc. to Oliver's account 2356 | $6,270.00 |
| 59 | 10/28/2011 | Wire transfer from Jona, Inc. to Oliver's account 2356 | $57,037.00 |
| 60 | 11/17/2011 | Wire transfer from Jona, Inc. to Oliver's account 2356 | $93,000.00 |
| 61 | 11/23/2011 | Wire transfer from Jona, Inc. to Oliver's account 2356 | $5,430.00 |
| 62 | 4/11/2011 | Wire transfer from S.J. to Oliver's account 2356 | $173,132.60 |
| 63 | 4/26/2011 | Wire transfer from S.J. to Oliver's account 2356 | $110,000.00 |
| 64 | 6/28/2011 | Wire transfer from S.J. to Oliver's account 2356 | $76,250.00 |

| | | | |
|---|---|---|---|
| 65 | 9/21/2011 | Wire transfer from S.J. to Oliver's account 2356 | $16,250.00 |
| 66 | 1/27/2011 | Funds transfer from D.L. to Oliver's Wachovia Bank account ending in 9323 | $69,880.00 |
| 67 | 2/9/2011 | Funds transfer from D.L. to Oliver's Wachovia Bank account ending in 9323 | $80,000.00 |
| 68 | 6/7/2011 | Wire transfer from D.L. to Oliver's Wells Fargo Bank account ending in 2356 | $50,000.00 |
| 69 | 9/12/2011 | Funds transfer from D.L. to Oliver's Wachovia Bank account ending in 9323 | $15,000.00 |
| 70 | 7/21/2011 | Deposit of check from G.M. into Oliver's account 2356 | $2,024.00 |
| 71 | 10/14/2011 | Deposit of check from G.M. into Oliver's account 2356 | $76,054.00 |
| 72 | 4/12/2011 | Wire transfer from R.N. to Oliver's account 2356 | $160,943.50 |
| 73 | 4/28/2011 | Wire transfer from R.N. to Oliver's account 2356 | $76,797.50 |
| 74 | 6/22/2011 | Deposit of check from R.N. into Oliver's account 2356 | $165,000.00 |
| 75 | 8/12/2011 | Wire transfer from R.N. into Oliver's Wells Fargo Bank account 5933 | $21,000.00 |
| 76 | 4/21/2011 | Wire transfer from K.P. to Oliver's account 2356 | $53,000.00 |
| 77 | 5/13/2011 | Deposit of check from K.P. into Oliver's account 2356 | $50,000.00 |
| 78 | 5/26/2011 | Deposit of check from K.P. into Oliver's account 2356 | $39,500.00 |
| 79 | 6/13/2011 | Deposit of check from K.P. into Oliver's account 2356 | $40,000.00 |

| | | | |
|---|---|---|---|
| 80 | 7/18/2011 | Deposit of check from K.P. into Oliver's account 2356 | $27,000.00 |
| 81 | 10/5/2011 | Deposit of check from K.P. into Oliver's account 2356 | $45,840.00 |
| 82 | 9/15/2011 | Wire transfer from B.S. to Oliver's account 2356 | $150,000.00 |
| 83 | 9/26/2011 | Wire transfer from B.S. to Oliver's account 2356 | $156,700.00 |
| 84 | 10/11/2011 | Wire transfer from B.S. to Oliver's account 2356 | $30,000.00 |
| 85 | 11/3/2011 | Wire transfer from B.S. to Oliver's account 2356 | $15,000.00 |
| 86 | 9/12/2011 | Wire transfer from Supertherm, Inc. to Oliver's account 2356 | $169,557.00 |
| 87 | 9/21/2011 | Wire transfer from Supertherm, Inc. to Oliver's account 2356 | $165,000.00 |
| 88 | 11/3/2011 | Wire transfer from Supertherm, Inc. to Oliver's account 2356 | $165,000.00 |
| 89 | 12/5/2011 | Wire transfer from Supertherm, Inc. to Oliver's account 2356 | $93,145.00 |
| 90 | 3/15/2011 | Wire transfer from T.T. to Oliver's Wells Fargo Bank account ending in 0804 | $141,400.00 |
| 91 | 5/23/2011 | Wire transfer from T.T. to Oliver's account 2356 | $30,000.00 |
| 92 | 6/6/2011 | Wire transfer from T.T. to Oliver's account 2356 | $68,693.00 |
| 93 | 8/16/2011 | Wire transfer from T.T. to Oliver's account 2356 | $20,000.00 |
| 94 | 4/13/2011 | Wire transfer from W.C.I. Construction to Oliver's account 2356 | $78,000.00 |
| 95 | 4/29/2011 | Wire transfer from W.C.I. Construction to Oliver's account 2356 | $70,000.00 |

| | | | |
|---|---|---|---|
| 96 | 10/21/2011 | Wire transfer from W.C.I. Construction to Oliver's account 2356 | $75,000.00 |

COUNT 97

On or about April 12, 2011, at Missoula and Whitefish, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER caused a wire transfer in the amount of $33,950.00 from his Wells Fargo Bank account (account number ending in 2356) to Don K Chevrolet for the purchase of a 2011 Subaru Tribeca Limited, such money having been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 98

On or about April 27, 2011, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial

institution, with criminally derived property of a value greater than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER caused a wire transfer in the amount of $199,644.00 from his Wells Fargo Bank account (account number ending in 2356) to Thor Motorcoach for the purchase of a 2011 Thor Motorcoach (Tuscany 42 foot), such money having been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 99

On or about May 3, 2011, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER caused a wire transfer in the amount of $91,301.50 from his Wells Fargo Bank account (account number ending in 2356) to Dave Smith GMC in Kellogg, Idaho, $54,912.50 of which was used to purchase of a 2011 GMC Yukon Denali XL, such money having

been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 100

On or about June 1, 2011, at Missoula and Ronan, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER caused S&S Sports to deposit a check in the amount of $20,500, drawn on his Wells Fargo Bank account (account number ending in 4641) for the purchase of two Sea-Doo jet skis, such money having been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 101

On or about September 27, 2011, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater

than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER provided a cashier's check in the amount of $152,346.25 from his Wells Fargo Bank account (account number ending in 2356) to Lambros Real Estate for the purchase of his personal residence, such money having been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 102

On or about November 4, 2011, at Billings, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER provided a cashier's check in the amount of $15,000, drawn on his Wells Fargo Bank account (account number ending in 2356) to Goldsmith Gallery Jewelers for the purchase of a diamond engagement ring, such money having been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 103

On or about November 4, 2011, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, knowingly engaged in a monetary transaction by, through, and to a financial institution, with criminally derived property of a value greater than $10,000, and affecting interstate and foreign commerce, that is, JONATHAN LEE OLIVER caused a wire transfer in the amount of $40,000.00 from his Wells Fargo Bank account (account number ending in 2356) to DeMarois GMC for the purchase of a 2011 GMC Sierra K2500 SLT pickup truck, such money having been derived from a specified unlawful activity, that being wire fraud as described in Counts 1-96, all in violation of 18 U.S.C. § 1957.

COUNT 104

On or about December 29, 2010, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, did knowingly use, without lawful authority, a means of identification of another person, that is the name D.O. (full name withheld to protect privacy), during and in relation to a felony violation of 18 U.S.C. § 1343,

wire fraud, as charged in Counts 1-96, in violation of 18 U.S.C. § 1028A(a)(1).

COUNTS 105-121

On or about the dates in the table below, at Missoula, in the State and District of Montana, the defendant, JONATHAN LEE OLIVER, did knowingly cause and attempt to cause a domestic financial institution to fail to file a report required under 31 U.S.C. §§ 5313(a) and 5323, and any regulation prescribed under such section, by making the following cash withdrawals at Wells Fargo Bank branches in the following amounts:

| COUNT | DATE | ACCOUNT | AMOUNT |
|---|---|---|---|
| 105 | 5/20/2011 | Account ending in 2356 | $9,950 |
| 106 | 5/26/2011 | Account ending in 2356 | $9,950 |
| 107 | 7/5/2011 | Account ending in 2356 | $9,950 |
| 108 | 8/15/2011 | Account ending in 2356 | $9,950 |
| 109 | 9/6/2011 | Account ending in 2356 | $9,950 |
| 110 | 9/6/2011 | Account ending in 2356 | $9,950 |
| 111 | 9/7/2011 | Account ending in 2356 | $9,950 |
| 112 | 9/22/2011 | Account ending in 2356 | $9,950 |
| 113 | 10/4/2011 | Account ending in 2356 | $9,950 |
| 114 | 10/6/2011 | Account ending in 2356 | $9,950 |
| 115 | 10/11/2011 | Account ending in 2356 | $9,950 |
| 116 | 10/13/2011 | Account ending in 2356 | $9,950 |
| 117 | 10/17/2011 | Account ending in 2356 | $9,975 |
| 118 | 10/24/2011 | Account ending in 2356 | $9,975 |
| 119 | 10/24/2011 | Account ending in 2356 | $9,975 |

| | | | |
|---|---|---|---|
| 120 | 11/8/2011 | Account ending in 2356 | $9,975 |
| 121 | 11/14/2011 | Account ending in 2356 | $9,975 |

in violation of 31 U.S.C. § 5324(a)(1).

FIRST FORFEITURE ALLEGATION

Upon conviction of the wire fraud offenses set forth in Counts 1-96 of this Indictment, the defendant, JONATHAN LEE OLIVER, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

If any of the property that constitutes or is derived from the proceeds traceable to the offenses set forth in Counts 1-96:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be

entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

SECOND FORFEITURE ALLEGATION

Upon conviction of the money laundering offenses set forth in Counts 97-103 of this Indictment, the defendant, JONATHAN LEE OLIVER, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(1), all right, title, and interest in property, real and personal, involved in said violations, or any property traceable to such property.

If any of the property involved in or traceable to the offenses set forth in Counts 97-103:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

THIRD FORFEITURE ALLEGATION

Upon conviction of the structuring offenses set forth in Counts 105-121 of this Indictment, the defendant, JONATHAN LEE OLIVER, shall forfeit to the United States, pursuant to 31 U.S.C. § 5317, all property, real or personal, involved in the offenses and any property traceable to such property.

If any of the property involved in or traceable to the offenses set forth in Counts 105-121:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 31 U.S.C. § 5317(c) and 28 U.S.C. § 2461(c).

A TRUE BILL.

FOREPERSON

MICHAEL W. COTTER
United States Attorney
Attorney for Plaintiff

KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney
Attorney for Plaintiff

Crim. Summons_____
Warrant: ✓_____
Bail:_____