IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
JUN 08 2017
Clerk, U.S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LEE OLIVER,<br><br>Defendant. | CR 13-34-M-DWM<br><br>AMENDED FINAL ORDER OF FORFEITURE AS TO CERTAIN SUBSTITUTE ASSETS |

The United States seeks an Amended Final Order of Forfeiture as to Certain Substitute Assets. (Doc. 74.) Defendant John Lee Oliver does not oppose the motion. Having reviewed the motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2.

2. A preliminary Amended Order of Forfeiture as to Certain Substitute Assets was entered on February 21, 2017. (Doc. 69.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 72.)

1

4. Issuance of an amended forfeiture order under 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2 is therefore appropriate.

Accordingly, IT ORDERED that:

1. The Motion for an Amended Final Order of Forfeiture as to Certain Substitute Assets is GRANTED. (Doc. 74.)

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2, free from the claims of any other party:

   a. a 2011 North Trail Trailer, bearing VIN 5SFNB3421CE237470; and

   b. a 2011 Mammoth Trailer, bearing VIN 1M9GF3021BM799750.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

4. After the property is disposed of the United States shall apply the value of the property to the forfeiture judgment of $6,468,186.33, and file a partial satisfaction of judgment with the Court, apprising the Court of the amount of the judgment that has been satisfied and the amount that remains outstanding.

5. Pursuant to 21 U.S.C. § 853(p), this Court has the authority to order forfeited additional substitute assets to satisfy the remaining balance of the

forfeiture judgment. This Court shall retain jurisdiction in this matter to take additional action and enter further orders for the purpose of implementing and enforcing the Final Order of Forfeiture, (Doc. 53), and this Order.

DATED this 8th day of June, 2017.

Donald W. Molloy, District Judge
United States District Court