IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LEE OLIVER,<br><br>Defendant. | CR 13–34–M–DWM<br><br>ORDER |

The government having moved unopposed for leave to allow Scott Davidson, United States Probation Officer for the District of New Hampshire, to testify via video at the November 2, 2022 final revocation hearing in this matter,

IT IS ORDERED that the motion (Doc. 136) is GRANTED. The Clerk shall notify counsel via e-mail of the meeting ID and password prior to the hearing.

DATED this 27th day of October, 2022.

_____
Donald W. Molloy, District Judge
United States District Court