IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LEE OLIVER,<br><br>Defendant. | CR 13–34–M–DWM<br><br>ORDER |

A final revocation hearing having been set for January 24, 2023, in Missoula, Montana, (*see* Doc. 144),

IT IS ORDERED that the defendant's location monitoring special condition, (*see* Doc. 114 at 6, Sp. Cond. No. 9), is TEMPORARILY SUSPENDED to permit the defendant to travel to the District of Montana for the final hearing. The defendant must follow all directions of the United States Probation Office to this effect.

DATED this 18 day of January, 2023.

Donald W. Molloy, District Judge
United States District Court