IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN,<br><br>Plaintiff,<br><br>vs.<br><br>JONATHAN LEE OLIVER,<br><br>Defendant. | CR 13–34–M–DWM<br><br>ORDER |

The government having moved unopposed for leave to allow Scott Davidson, United States Probation Officer for the District of New Hampshire, to testify via video at the January 24, 2023 final revocation hearing in this matter,

IT IS ORDERED that the motion (Doc. 147) is GRANTED. The Clerk shall notify counsel via e-mail of the meeting ID and password prior to the hearing.

DATED this 24th day of January, 2023.

_____
Donald W. Molloy, District Judge
United States District Court